UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCOS LOMELI,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>PFEIFFER, et al.,<br><br>　　　　Defendants. | 1:22-cv-00079-GSA-PC<br><br>**ORDER INFORMING PLAINTIFF THAT HE HAS LEAVE TO AMEND THE COMPLAINT**<br><br>**(ECF No. 8.)**<br><br>**ORDER DIRECTING CLERK TO FILE FIRST AMENDED COMPLAINT SUBMITTED ON JANUARY 30, 2023**<br><br>**(ECF No. 8.)** |

**I.    BACKGROUND**

Marcos Lomeli ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983.  On January 20, 2022, Plaintiff filed the Complaint commencing this action.  (ECF No. 1.)

　On January 30, 2023, Plaintiff filed a motion to amend the Complaint and submitted the proposed First Amended Complaint.  (ECF No. 8.)

**II.    LEAVE TO AMEND – RULE 15(a)**

Under Rule 15(a) of the Federal Rules of Civil Procedure, a party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served.  Fed. R. Civ. P. 15(a).  Otherwise, a party may amend only by leave of the court or by written consent of the adverse party, and leave shall be freely given when justice so requires.  Id.  Here, because Plaintiff has not previously amended the complaint and no other parties have appeared, Plaintiff does not require leave of court to file a First Amended Complaint.  Therefore, the Clerk shall be

instructed to file the First Amended Complaint, which was included with Plaintiff's motion to amend on January 30, 2023.

### III. CONCLUSION

Based on the foregoing, IT IS HEREBY ORDERED that:

1. Plaintiff has leave to amend the Complaint pursuant to Rule 15(a) of the Federal Rules of Civil Procedure;
2. The Clerk is directed to file the proposed First Amended Complaint, which was submitted with Plaintiff's motion to amend on January 30, 2023; and
3. The First Amended Complaint shall be screened in due time.

IT IS SO ORDERED.

Dated: **February 21, 2023**         **/s/ Gary S. Austin**
                                UNITED STATES MAGISTRATE JUDGE