1

2

3

4

5

6

7

8               UNITED STATES DISTRICT COURT

9               EASTERN DISTRICT OF CALIFORNIA

10

11   MARCOS LOMELI,                          Case No.: 1:22-cv-00079-KES-CDB

12              Plaintiff,                    **ORDER REFERRING CASE TO POST-
                                             SCREENING ADR AND STAYING CASE**
13        v.                                 **FOR 120 DAYS**

14   C. PFEIFFER, et al.,                    **FORTY-FIVE (45) DAY DEADLINE**

15              Defendants.

16

17        Plaintiff Marcos Lomeli is appearing pro se in this civil rights action. The case proceeds

18   on Plaintiff's Eighth Amendment excessive force claims against Defendants Nunez, Rojas, Sarzi,

19   and Sorensen, and Eighth Amendment deliberate indifference to serious medical needs and/or

20   cruel and unusual punishment claims against Defendants Alafa, Arreola, Nunez, Olivarez,

21   Oyelakin, Rojas, Sarzi, and Sorensen.

22        The Court refers all civil rights cases filed by pro se inmates to Alternative Dispute

23   Resolution (ADR) to attempt to resolve such cases more expeditiously and less expensively.

24        The Court stays this action for 120 days to allow the parties to investigate Plaintiff's

25   claims, meet and confer, and participate in an early settlement conference. The Court presumes

26   that all post-screening civil rights cases assigned to the undersigned will proceed to a settlement

27   conference. However, if, after investigating Plaintiff's claims and meeting and conferring, either

28   party finds that a settlement conference would be a waste of resources, the party may opt out of

1 | the early settlement conference.

2 |      Accordingly, it is hereby **ORDERED**:

3 |      1.  This action is **STAYED** for **120 days** to allow the parties an opportunity to settle their

4 |          dispute before the discovery process begins. No pleadings or motions may be filed in

5 |          this case during the stay. The parties shall not engage in formal discovery, but they

6 |          may engage in informal discovery to prepare for the settlement conference.

7 |      2.  **Within 45 days** from the date of this Order, the parties **SHALL** file the attached

8 |          notice, indicating their agreement to proceed to an early settlement conference or their

9 |          belief that settlement is not achievable at this time.

10 |     3.  **Within 60 days** from the date of this Order, defense counsel **SHALL** contact the

11 |         undersigned's Courtroom Deputy Clerk at cboren@caed.uscourts.gov to schedule the

12 |         settlement conference, assuming the parties agree to participate in an early settlement

13 |         conference.

14 |     4.  If the parties reach a settlement during the stay of this action, they SHALL file a

15 |         Notice of Settlement as required by Local Rule 160.

16 |     5.  The Clerk of the Court SHALL serve a copy of this Order to ADR Coordinator Sujean

17 |         Park.

18 |     6.  The parties are obligated to keep the Court informed of their current addresses during

19 |         the stay and the pendency of this action. Changes of address must be reported

20 |         promptly in a Notice of Change of Address. *See* L.R. 182(f).

21 | IT IS SO ORDERED.

22 |   Dated:   **November 21, 2025**

23 |                                         UNITED STATES MAGISTRATE JUDGE

24 |

25 |

26 |

27 |

28 |

                                   2

1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                              EASTERN DISTRICT OF CALIFORNIA

10

11    MARCOS LOMELI,                              Case No.: 1:22-cv-00079-KES-CDB

12              Plaintiff,                        NOTICE REGARDING EARLY
                                                  SETTLEMENT CONFERENCE
13         v.

14    C. PFEIFFER, et al.,

15              Defendants.

16

17    1.  The party or counsel agrees that an early settlement conference would be productive and

18        wishes to engage in an early settlement conference.

19              Yes ____            No ____

20

21    2.  Plaintiff (check one):

22              _____ would like to participate in the settlement conference in person.

23              _____ would like to participate in the settlement conference by telephone or video

24              conference.

25

26    Dated:

27                                               _____

28                                               Plaintiff or Counsel for Defendants

                                           3